**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **UCF I TRUST 1, LLC** | **CIVIL ACTION NO.: 3:16 CV-00156 (VAB)** |
| **PLAINTIFF,** | |
| v. | |
| **JOHN J. DIMENNA, JR., THOMAS L. KELLY, JR., AND WILLIAM A. MERRITT, JR.** | **MARCH 15, 2016** |
| **DEFENDANTS.** | |

## MOTION OF THOMAS L. KELLY, JR. AND WILLIAM A. MERRITT, JR. TO QUASH THE *SUBPOENAS DUCES TECUM*, DATED MARCH 11, 2016

Pursuant to Fed. R. Civ. P. 45(d)(3), the Defendants, Thomas L. Kelly, Jr. ("Kelly") and William A. Merritt, Jr. ("Merritt") (collectively, "the Defendants"), move to quash the *subpoenas duces tecum* e-mailed to their attorneys on March 11, 2016. The Defendants object to the subpoenas on the grounds that: (1) the Court may not have subject matter jurisdiction over this action; (2) the subpoenas are an improper attempt to circumvent Fed. R. Civ. P. 34; (3) the subpoenas subject the Defendants to an undue burden; (4) the subpoenas fail to allow a reasonable time for the Defendants to comply; and (5) documents and correspondence responsive to the requests may be barred from disclosure by the attorney-client privilege and work product doctrine. Furthermore, Kelly moves to quash the subpoena issued to him because it was improperly issued from the United States District Court for the Middle District of North Carolina in violation of Fed. R. Civ. P (45)(a)(2). In addition, Kelly moves to quash the subpoena issued to him

**ORAL ARGUMENT IS REQUESTED**

because it was improperly issued from the United States District Court for the Middle District of North Carolina in violation of Fed. R. Civ. P. 45(a)(2).

In compliance with Loc. R. Civ. P. 7(a), a memorandum of law in support of this motion is attached hereto and filed herewith.

> THE DEFENDANTS,
> THOMAS L. KELLY, JR. AND WILLIAM A. MERRITT, JR.
>
> By:_____/s/_____
> Charles A. Deluca, Esq. (ct05255)
> Michael T. Ryan, Esq. (ct 05685)
> Ryan Ryan Deluca LLP
> 707 Summer Street
> Stamford, CT 06901
> Phone: 203-357-9200
> cdeluca@ryandelucalaw.com
> mtryan@ryandelucalaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_____/s/_____
Charles A. Deluca, Esq.