

# GREEN & SKLARZ LLC

Attorneys at Law
www.gs-lawfirm.com

**Jeffrey M. Sklarz**
Phone: (203) 285-8545 x101
Direct: (203) 361-3135
Fax: (203) 823-4546
jsklarz@gs-lawfirm.com

700 State Street, Suite 100
New Haven, CT 06511

August 3, 2017

VIA CMECF
The Honorable Victor A. Bolden
U.S. District Judge
United States District Court
915 Lafayette Boulevard, Suite 328
Bridgeport, CT 06604

Re: UCF I Trust 1 v. John J. DiMenna, Jr.
Civil Action No. 3:16 cv 156 (VAB)

Dear Judge Bolden:

The undersigned is counsel to the Plaintiff in the above matter. I write at this time to provide a status report concerning this case in light of the related bankruptcy case pending in Delaware, *In re: Newbury Common Associates, LLC*, Case No. 15-12507 (the "Bankruptcy Case"), and the status call scheduled for August 4, 2017 at 10 am.

As Your Honor is aware, Plaintiffs' claims were transferred to a liquidation trust as part of a global settlement in the Bankruptcy Case. Counsel for the liquidating trustee, David Zalman, of Kelley Drye, who is copied on this letter, has indicated that discussions concerning settlement of this case are ongoing between the liquidating trustee and defendants, Thomas L. Kelly, Jr and William A. Merritt, Jr.

Accordingly, Plaintiff respectfully requests that the Court extend the stay in this matter until August 31, 2017 so that the liquidating trustee and Messrs. Kelly and Merritt can determine if there will be a resolution. Thank you.

Very truly yours,

Jeffrey M. Sklarz

JMS:nyg
Cc: Charles Deluca, Esq.
    David Zalman, Esq.

{00036029.1 }